IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JIMMIE RAY TAYLOR, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 1:15-CV-198 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON DISMISSAL

Pursuant to 28 U.S.C. § 636 and General Order 14-10, this social security appeal was directly assigned to United States Magistrate Judge Keith F. Giblin for consideration and a recommended disposition. Judge Giblin issued a report in which he recommended that the court dismiss this action for want of prosecution because the *pro se* plaintiff failed to file a brief as directed. The parties have not filed objections to the report.

The Court **ORDERS** that the magistrate judge's Report and Recommendation [Doc. #22] is **ADOPTED**. The Court further **ORDERS** that this case is **DISMISSED** in its entirety, without prejudice, for want of prosecution. The Clerk is directed to close this case.

So **ORDERED** and **SIGNED** this **10** day of **August, 2016.**

_____
Ron Clark, United States District Judge